**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

MICHAEL CHARLES NOLEN,                                                    PLAINTIFF
ADC # 131094

v                                          Case No. 1:10CV00006 JLH-JJV

J. HALPERN, Grimes Unit, Arkansas Department of
Correction; BRENDA BRIDGEMAN, Mental Health,
Grimes Unit, Arkansas Department of Correction;
CARTER, Sgt., Grimes Unit, Arkansas Department
of Correction; McCLOUD, Ms., Store Clerk,
Grimes Unit, Arkansas Department of Correction;
and HEIR, Maj., Grimes Unit, Arkansas Department of Correction          DEFENDANTS

<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case be DISMISSED with prejudice.  The Court certifies, pursuant to

28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in

good faith.

DATED this 28th day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE